**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): ____________

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:** Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Eliaser**<br>First name<br><br>Middle name<br>**Perez**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | **Caroline**<br>First name<br>**Nicole**<br>Middle name<br>**Lopez**<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Eli**<br>First name<br><br>Middle name<br>**Perez**<br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | <br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 6 7 6 5<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - 5 7 2 2<br>OR<br>**9**xx - xx - __ __ __ __ |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ______

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __ EIN<br>__ __ - __ __ __ __ __ __ __ EIN | __ __ - __ __ __ __ __ __ __ EIN<br>__ __ - __ __ __ __ __ __ __ EIN |
| **5. Where you live** | 5151 Lubbock Ave<br>Number Street<br><br>Fort Worth, TX 76115<br>City State ZIP Code<br>Tarrant<br>County | **If Debtor 2 lives at a different address:**<br>Number Street<br><br>City State ZIP Code<br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Eliaser** | | **Perez** |
| Debtor 2 | **Caroline** | **Nicole** | **Lopez** |

Case number *(if known)* ______________

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes. District ______________ When ______________ Case number ______________
MM / DD / YYYY

District ______________ When ______________ Case number ______________
MM / DD / YYYY

District ______________ When ______________ Case number ______________
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. Debtor ______________ Relationship to you ______________

District ______________ When ______________ Case number, if known ______________
MM / DD / YYYY

Debtor ______________ Relationship to you ______________

District ______________ When ______________ Case number, if known ______________
MM / DD / YYYY

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ________

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Eliaser** | | **Perez** |
| Debtor 2 | **Caroline** | **Nicole** | **Lopez** |

Case number *(if known)* ______________________

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? ______________________

If immediate attention is needed, why is it needed? ______________________

Where is the property? ______________________
Number Street

______________________
City State ZIP Code

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____________

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Eliaser** | | **Perez** |
| Debtor 2 | **Caroline** | **Nicole** | **Lopez** |

Case number *(if known)* ______

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Eliaser Perez**
Eliaser Perez, Debtor 1
Executed on **06/23/2026** MM/ DD/ YYYY

✗ **/s/ Caroline Nicole Lopez**
Caroline Nicole Lopez, Debtor 2
Executed on **06/23/2026** MM/ DD/ YYYY

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Eliaser | | Perez | |
| Debtor 2 | Caroline | Nicole | Lopez | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Christopher Lee**
Signature of Attorney for Debtor

Date **06/23/2026**
MM / DD / YYYY

**Christopher Lee**
Printed name

**Reaves & Lee, PLLC**
Firm name

**8701 Bedford Euless Rd 510**
Number Street

**Hurst** **TX** **76053**
City State ZIP Code

Contact phone **(214) 440-1414** Email address **clee@leelawtx.com**

**24041319** **TX**
Bar number State

Fill in this information to identify your case and this filing:

Debtor 1: Eliaser (First Name) | (Middle Name) | Perez (Last Name)

Debtor 2 (Spouse, if filing): Caroline (First Name) | Nicole (Middle Name) | Lopez (Last Name)

United States Bankruptcy Court for the: Northern District of Texas

Case number: ____________

❑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

❑ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **Homestead consisting of House, lot, and mineral interests (if any) located at: 5151 Lubbock Ave, Fort Worth, TX 76115**
Street address, if available, or other description

**5151 Lubbock Ave**

**Fort Worth, TX 76115**
City State ZIP Code

**Tarrant**
County

**What is the property?** Check all that apply.
☑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
☑ Land
❑ Investment property
❑ Timeshare
☑ Other **Homestead**

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $242,600.00 | $242,600.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

**Source of Value:** ZILLOW

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ **$242,600.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1 Make: **GMC**
Model: **Yukon**
Year: **2021**
Approximate mileage: **157000**
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,000.00** | **$35,000.00** |

If you own or have more than one, describe here:

3.2 Make: **Chevrolet**
Model: **Silverado**
Year: **2021**
Approximate mileage: **137000**
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$38,000.00** | **$38,000.00** |

3.3 Make: **Corvette**
Model: **Stingray**
Year: **1974**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

3.4 Make: **Dodge**
Model: **Ram 2500**
Year: **1999**
Approximate mileage: **420000**
Other information:
**Source of Value: JD Power**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

3.5 Make: **Isuzu**
Model: **Trooper**
Year: **1976**
Approximate mileage: **80000**
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $4,000.00 |

3.6 Make: **Datsun**
Model: **280z**
Year: **1978**
Approximate mileage: **240000**
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,500.00 | $1,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ❑ No
- ☑ Yes

4.1 Make: **Continental**
Model: **Cargo Trailer 7.5 x 24**
Year: **2024**
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000.00 | $7,000.00 |

If you own or have more than one, list here:

4.2 Make: **WSS Trailers**
Model: **Utility Trailer- 16 Ft.**
Year: **2018**
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,500.00 | $1,500.00 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ **$103,000.00**

## Part 3: Describe Your Personal and Household Items

Debtor **Perez, Eliaser; Lopez, Caroline Nicole** Case number *(if known)*

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings**<br>*Examples:* Major appliances, furniture, linens, china, kitchenware<br>❑ No<br>☑ Yes. Describe. ......... **See Attached.** | **$5,720.00** |
| 7. **Electronics**<br>*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games<br>❑ No<br>☑ Yes. Describe. ......... **See Attached.** | **$3,100.00** |
| 8. **Collectibles of value**<br>*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles<br>☑ No<br>❑ Yes. Describe. ......... | |
| 9. **Equipment for sports and hobbies**<br>*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments<br>❑ No<br>☑ Yes. Describe. ......... **Bicycles** | **$100.00** |
| 10. **Firearms**<br>*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment<br>❑ No<br>☑ Yes. Describe. ......... **Glock** | **$300.00** |
| 11. **Clothes**<br>*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories<br>❑ No<br>☑ Yes. Describe. ......... **Clothing**<br>**Shoes**<br>**Accessories** | **$4,000.00** |
| 12. **Jewelry**<br>*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver<br>❑ No<br>☑ Yes. Describe. ......... **Costume Jewelry** | **$400.00** |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ **$13,620.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ........ Cash: ..................

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | **Amegy Bank**<br>**Account Number: 6091** | **$0.00** |
| 17.2. Checking account: | **Chase**<br>**Account Number: 9186** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

❑ No
☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Perez Remodeling FTW, LLC, Texas limited liability company- insolvent or of unknown net value, possible receivables, possible claims against Jesse Reyna/cabinet contractor, possible customer claims, pending Sellers litigation/judgment exposure, and other disputed liabilities. Value of membership interest is unknown/nominal.** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
❑ Yes. Give specific information about them...................

Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❑ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Member Preferred Federal Credit Union<br>340 Blue Mound Rd., Ste. 342<br>Saginaw, Texas 76131** | **$8,000.00** |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

❑ Yes ..................... Institution name or individual:

Electric:

Gas:

Heating oil:

Security deposit on rental unit:

Prepaid rent:

Telephone:

Water:

Rented furniture:

Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❑ Yes .................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❑ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❑ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❑ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

❑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..................

Federal:

State:

Local:

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information. ........

Debtor **Perez, Eliaser; Lopez, Caroline Nicole** Case number *(if known)*

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☑ Yes. Give specific information. ........

**Heir under the Last Will and Testament of Natividad Elias Lopez, deceased March 2019. Debtor is a beneficiary but not executor. Estate may have undistributed funds; status and value unknown at this time.** — **unknown**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ..............

**Bernie Garcia, seller of real property located at 5151 Lubbock Ave, Fort Worth, TX 76115. Debtors purchased the property from Garcia. Failure to disclose condition of the property.**

**Possible claim against Jesse Reyna, cabinet contractor, for defective fabrication and installation of cabinetry at 3812 W. 4th St., Fort Worth, TX 76107.** — **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....... ➔ **$8,000.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
❑ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
❑ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
❑ Yes. Describe. .........

41. **Inventory**

☑ No
❑ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No
❑ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| | | |
| | | |
| | | |

43. **Customer lists, mailing lists, or other compilations**

☑ No
❑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

❑ No
❑ Yes. Describe. .........

Debtor Perez, Eliaser; Lopez, Caroline Nicole Case number *(if known)*

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ **$0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

Debtor **Perez, Eliaser; Lopez, Caroline Nicole** Case number *(if known)*

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

❑ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........ | | ➔ | **$242,600.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$103,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$13,620.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$8,000.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$124,620.00** | Copy personal property total ➔ | + **$124,620.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | | **$367,220.00** |

Debtor Perez, Eliaser; Lopez, Caroline Nicole Case number *(if known)*

## Continuation Page

**6.** **Household goods and furnishings**

| | |
|---|---|
| Bedroom Furniture | $1,500.00 |
| Dining Room Furniture | $600.00 |
| Household Tools | $1,000.00 |
| Living Room Furniture | $500.00 |
| Microwave | $20.00 |
| Refrigerator | $500.00 |
| Silverware/Dishes | $1,000.00 |
| Stove | $600.00 |

**7.** **Electronics**

| | |
|---|---|
| Camera | $100.00 |
| Cell Phones | $1,000.00 |
| Computers | $1,000.00 |
| Digital Equipment | $500.00 |
| Games | $200.00 |
| Televisions | $300.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Caroline | Nicole | Lopez |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known) ______

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ❑ No
     - ❑ Yes

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)* 

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Homestead consisting of House, lot, and mineral interests (if any) located at: 5151 Lubbock Ave, Fort Worth, TX 76115**<br>**5151 Lubbock Ave Fort Worth, TX 76115**<br>Line from *Schedule A/B:* **1.1** | **$242,600.00** | ☑ **$38,228.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **1974 Corvette Stingray**<br>Line from *Schedule A/B:* **3.3** | **$10,000.00** | ☑ **$10,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **1976 Isuzu Trooper**<br>Line from *Schedule A/B:* **3.5** | **$4,000.00** | ☑ **$4,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2018 WSS Trailers Utility Trailer- 16 Ft.**<br>Line from *Schedule A/B:* **4.1** | **$1,500.00** | ☑ **$1,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Stove**<br>Line from *Schedule A/B:* **6** | **$600.00** | ☑ **$600.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator**<br>Line from *Schedule A/B:* **6** | **$500.00** | ☑ **$500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____________

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Living Room Furniture<br>Line from *Schedule A/B*: 6 | $500.00 | ☑ $500.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Silverware/Dishes<br>Line from *Schedule A/B*: 6 | $1,000.00 | ☑ $1,000.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Bedroom Furniture<br>Line from *Schedule A/B*: 6 | $1,500.00 | ☑ $1,500.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Microwave<br>Line from *Schedule A/B*: 6 | $20.00 | ☑ $20.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Household Tools<br>Line from *Schedule A/B*: 6 | $1,000.00 | ☑ $1,000.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Dining Room Furniture<br>Line from *Schedule A/B*: 6 | $600.00 | ☑ $600.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Televisions<br>Line from *Schedule A/B*: 7 | $300.00 | ☑ $300.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Camera<br>Line from *Schedule A/B*: 7 | $100.00 | ☑ $100.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Games<br>Line from *Schedule A/B*: 7 | $200.00 | ☑ $200.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)*

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Digital Equipment**<br>Line from *Schedule A/B*: **7** | **$500.00** | ☑ **$500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computers**<br>Line from *Schedule A/B*: **7** | **$1,000.00** | ☑ **$1,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cell Phones**<br>Line from *Schedule A/B*: **7** | **$1,000.00** | ☑ **$1,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bicycles**<br>Line from *Schedule A/B*: **9** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Glock**<br>Line from *Schedule A/B*: **10** | **$300.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothing Shoes Accessories**<br>Line from *Schedule A/B*: **11** | **$4,000.00** | ☑ **$4,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Costume Jewelry**<br>Line from *Schedule A/B*: **12** | **$400.00** | ☑ **$400.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Member Preferred Federal Credit Union 340 Blue Mound Rd., Ste. 342 Saginaw, Texas 76131**<br>Line from *Schedule A/B*: **21** | **$8,000.00** | ☑ **$8,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Perez, Eliaser** CASE NO

**Lopez, Caroline Nicole** CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section) Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $242,600.00 | $204,372.00 | $38,228.00 | $38,228.00 | $0.00 |
| 3. | Motor vehicle | $21,500.00 | $0.00 | $21,500.00 | $14,000.00 | $7,500.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 6. | Household goods and furnishings | $5,720.00 | $0.00 | $5,720.00 | $5,720.00 | $0.00 |
| 7. | Electronics | $3,100.00 | $0.00 | $3,100.00 | $3,100.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 10. | Firearms | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 11. | Clothes | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 12. | Jewelry | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $8,000.00 | $0.00 | $8,000.00 | $8,000.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Perez, Eliaser** CASE NO
**Lopez, Caroline Nicole** CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section) Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Perez, Eliaser**
**Lopez, Caroline Nicole**

CASE NO

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section) Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$287,220.00** | **$204,372.00** | **$82,848.00** | **$75,348.00** | **$7,500.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Perez, Eliaser**
**Lopez, Caroline Nicole**

CASE NO

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| 1999 Dodge Ram 2500 | $6,000.00 | $0.00 | $6,000.00 | $6,000.00 |
| 1978 Datsun 280z | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 |
| **TOTALS:** | **$287,220.00** | **$204,372.00** | **$82,848.00** | **$7,500.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Perez, Eliaser**
**Lopez, Caroline Nicole**

CASE NO

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| **Summary** | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$287,220.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$287,220.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$204,372.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$204,372.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$82,848.00** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$82,848.00** |
| J. Total Exemptions Claimed | **$75,348.00** |
| K. Total Non-Exempt Property Remaining (G-J) | **$7,500.00** |

Fill in this information to identify your case:

Debtor 1: Eliaser (First Name) | (Middle Name) | Perez (Last Name)

Debtor 2 (Spouse, if filing): Caroline (First Name) | Nicole (Middle Name) | Lopez (Last Name)

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): ____________

❑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Ally Financial, Inc | $49,786.00 | $38,000.00 | $11,786.00 |

2.1 **Ally Financial, Inc** (Creditor's Name)
**Attn: Bankruptcy**
**PO Box 380901** (Number Street)
**Bloomington, IL 55438** (City State ZIP Code)

**Describe the property that secures the claim:** 2021 Chevrolet Silverado

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) ____________

**Date debt was incurred** 1/1/2025

**Last 4 digits of account number** 2 2 9 5

**Add the dollar value of your entries in Column A on this page. Write that number here:** $49,786.00

Debtor 1 **Eliaser** **Perez** Case number *(if known)* ____

Debtor 2 **Caroline** **Nicole** **Lopez**

First Name Middle Name Last Name

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.2 Ally Financial, Inc | $42,807.00 | $35,000.00 | $7,807.00 |
| 2.3 Amegy Bank | $41,985.00 | $0.00 | $41,985.00 |

**2.2 Ally Financial, Inc**

Creditor's Name

**Attn: Bankruptcy**

**PO Box 380901**

Number Street

**Bloomington, IL 55438**

City State ZIP Code

**Who owes the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** 4/1/2024

**Describe the property that secures the claim:** 2021 GMC Yukon

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) ____

**Last 4 digits of account number** 1 7 9 0

**2.3 Amegy Bank**

Creditor's Name

**PO Box 3016**

Number Street

**Houston, TX 77253**

City State ZIP Code

**Who owes the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** ____

**Describe the property that secures the claim:** ____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) ____

**Last 4 digits of account number** ____

**Add the dollar value of your entries in Column A on this page. Write that number here:** $84,792.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ____

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Eliaser | | Perez | Case number *(if known)* |
| Debtor 2 | Caroline | Nicole | Lopez | |
| | First Name | Middle Name | Last Name | |

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.4 August REI, LLC — Describe the property that secures the claim: | $204,372.00 | $242,600.00 | $0.00 |
| 2.5 Silverline Trailers — Describe the property that secures the claim: | $9,000.00 | $7,000.00 | $2,000.00 |

**2.4 August REI, LLC**
Creditor's Name
PO Box 496644
Number Street

Garland, TX 75049
City State ZIP Code

**Describe the property that secures the claim:**
**Homestead consisting of House, lot, and mineral interests (if any) located at: 5151 Lubbock Ave, Fort Worth, TX 76115**
**5151 Lubbock Ave Fort Worth, TX 76115**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** ___ ___ ___ ___

**2.5 Silverline Trailers**
Creditor's Name
906 N. McLennan Drive
Number Street

Elm Mott, TX 76640
City State ZIP Code

**Describe the property that secures the claim:**
**2024 Continental Cargo Trailer 7.5 x 24**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** ___ ___ ___ ___

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$213,372.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$347,950.00** |

Fill in this information to identify your case:

Debtor 1: Eliaser (First Name) — (Middle Name) Perez (Last Name)

Debtor 2 (Spouse, if filing): Caroline (First Name) Nicole (Middle Name) Lopez (Last Name)

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): ____

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service | $19,661.00 | $19,661.00 | $0.00 |

**2.1 Internal Revenue Service**
Priority Creditor's Name
IRS - SBSE Insolvency Area 10
PO Box Box 7346
Number Street
Philadelphia, PA 19101-7346
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify ____

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)* ____________

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Alicia Bell**
Nonpriority Creditor's Name
**2600 Ensenada Ln**
Number Street
**Fort Worth, TX 76108-4994**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.2** **AMA Recovery Group**
Nonpriority Creditor's Name
**3131 Eastside St #350**
Number Street
**Houston, TX 77098**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **$19,247.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for - Everest**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Eliaser** **Perez** Case number *(if known)* ______

Debtor 2 **Caroline** **Nicole** **Lopez**

First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.3 **Amegy Bank**
Nonpriority Creditor's Name
**PO Box 3016**
Number Street

**Houston, TX 77253**
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$25,000.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

4.4 **Amegy Bank**
Nonpriority Creditor's Name
**PO Box 3016**
Number Street

**Houston, TX 77253**
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$100,000.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **line of Credit**

Debtor 1 Eliaser Perez Case number *(if known)*

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.5 **American Airlines FCU**
Nonpriority Creditor's Name
**PO Box 619001**
Number Street

**Dallas, TX 75261**
City State ZIP Code

**Last 4 digits of account number** 0 0 0 1 — **$252.00**

**When was the debt incurred?** 10/13/2020

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.6 **Austin Beckenfeld**
Nonpriority Creditor's Name
**2 Home Place Ct**
Number Street

**Dwg, TX 76016-3913**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claim related to alleged pre-petition residential remodeling project. Scheduled for notice purposes only. Debtors dispute personal liability and reserve all rights, claims, defenses, offsets, and objections. Any contract, if one exists, was with Perez Remodeling FTW, LLC, not the Debtors individually.**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (*if known*)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.7 **Ben and Angela Hall**
Nonpriority Creditor's Name
**4116 Donnelly Ave**
Number Street
**Fort Worth, TX 76107-5502**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claim related to alleged pre-petition residential remodeling project. Scheduled for notice purposes only. Debtors dispute personal liability and reserve all rights, claims, defenses, offsets, and objections. Any contract, if one exists, was with Perez Remodeling FTW, LLC, not the Debtors individually.**

4.8 **Bitty Advance**
Nonpriority Creditor's Name
**1855 Griffin Rd A-474**
Number Street
**Dania, FL 33004**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$28,018.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

Debtor 1 Eliaser Perez Case number (if known)

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.9 **Brian and Kristi Blauser**

Nonpriority Creditor's Name

**11 Fairview Ln**

Number Street

**Aledo, TX 76008-4571**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential personal liability. Pre-petition residential remodeling project. Scheduled for notice only. Debtors reserve all defenses. Contract, if any, was with Perez Remodeling FTW, LLC**

4.10 **Capital One/Bass Pro**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**

Number Street

**Salt Lake City, UT 84130**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** **4 0 5 2** **$216.00**

**When was the debt incurred?** **5/4/2025**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Eliaser | | Perez | Case number *(if known)* |
| Debtor 2 | Caroline | Nicole | Lopez | |
| | First Name | Middle Name | Last Name | |

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.11** **Casey & Melissa Campbell**
Nonpriority Creditor's Name
**2951 Collard Rd**
Number Street

**Arlington, TX 76017**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**4.12** **Credit One Bank**
Nonpriority Creditor's Name
**PO Box 98873**
Number Street

**Las Vegas, NV 89193**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **4 5 1 8** **$650.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ______

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.13 **Doug & Margaret Lynn**
Nonpriority Creditor's Name
**3809 Crestwood Terrace**
Number Street

**Fort Worth, TX 76107**
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential personal liability claim, re: unfinished pre-petition residential remodeling project. Scheduled for notice only. Debtors reserve all defenses. Contract, if any, was with Perez Remodeling FTW, LLC**

4.14 **Doug and Sharon Smith**
Nonpriority Creditor's Name
**4912 Highland Meadow Dr**
Number Street

**Fort Worth, TX 76132-3812**
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claim related to alleged pre-petition residential remodeling project. Scheduled for notice purposes only. Debtors dispute personal liability and reserve all rights, claims, defenses, offsets, and objections. Any contract, if one exists, was with Perez Remodeling FTW, LLC, not the Debtors individually.**

Debtor 1 Eliaser Perez Case number (if known) ________

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.15** **EBF Holdings, LLC**
Nonpriority Creditor's Name
**12496 Nw 25th St**
Number Street

**Miami, FL 33182-1505**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$19,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**4.16** **EZ Insulation LLC**
Nonpriority Creditor's Name
**409 N Riverside Dr**
Number Street

**Fort Worth, TX 76111-4733**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$1,400.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Materials for Perez Remodeling FTW LLC**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (if known) ____________

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.17 **Jennifer Fitzpatrick**
Nonpriority Creditor's Name
**6403 Beachview Dr**
Number Street

**Arlington, TX 76016-2512**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claim related to alleged pre-petition residential remodeling project. Scheduled for notice purposes only. Debtors dispute personal liability and reserve all rights, claims, defenses, offsets, and objections. Any contract, if one exists, was with Perez Remodeling FTW, LLC, not the Debtors individually.**

4.18 **Joe and Rachel Gepfert**
Nonpriority Creditor's Name
**201 Turkey Creek Ct**
Number Street

**Aledo, TX 76008-5723**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claim related to alleged pre-petition residential remodeling project. Scheduled for notice purposes only. Debtors dispute personal liability and reserve all rights, claims, defenses, offsets, and objections. Any contract, if one exists, was with Perez Remodeling FTW, LLC, not the Debtors individually.**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (*if known*)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.19 **John & Lindsey Perish**
Nonpriority Creditor's Name
**6725 Savannah Ln**
Number Street
**Fort Worth, TX 76132-3729**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claim related to alleged pre-petition residential remodeling project. Scheduled for notice purposes only. Debtors dispute personal liability and reserve all rights, claims, defenses, offsets, and objections. Any contract, if one exists, was with Perez Remodeling FTW, LLC, not the Debtors individually.**

4.20 **John Stokes**
Nonpriority Creditor's Name
**1428 Lakeshore Dr**
Number Street
**Hideaway, TX 75771-5126**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

Debtor 1 Eliaser Perez Case number (if known) ____

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.21** **Josh and Rachel Ridley**
Nonpriority Creditor's Name
**1809 Timberline Dr**
Number Street

**Benbrook, TX 76126-2925**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.22** **JPMCB Card**
Nonpriority Creditor's Name
**PO Box 15369**
Number Street

**Wilmington, DE 19850**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **$10,000.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Eliaser Perez — Case number (if known) ____

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.23** **Juan Alvarado**
Nonpriority Creditor's Name
**2621 Yucca Ave**
Number Street

**Fort Worth, TX 76111-2531**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**4.24** **Karen Placencia**
Nonpriority Creditor's Name
**2712 W Biddison St**
Number Street

**Fort Worth, TX 76109**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential personal liability claim, re: unfinished pre-petition residential remodeling project. Scheduled for notice only. Debtors reserve all defenses. Contract, if any, was with Perez Remodeling FTW, LLC**

Debtor 1 **Eliaser** **Perez** Case number *(if known)* ______

Debtor 2 **Caroline** **Nicole** **Lopez**

First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.25** **Kim Wyay**
Nonpriority Creditor's Name
**7000 Buenos Aires Dr**
Number Street

**North Richland Hills, TX 76180-6572**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.26** **Lucas and Lacey Haley**
Nonpriority Creditor's Name
**2023 Glenco Ter**
Number Street

**Fort Worth, TX 76110-1705**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Eliaser Perez Case number (if known)

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.27** **Luis and Andrea Lerma**

Nonpriority Creditor's Name

**400 Trinity View Rd**

Number Street

**Weatherford, TX 76087-5114**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**4.28** **Mariah Dempsey**

Nonpriority Creditor's Name

**5100 Cockrell Ave**

Number Street

**Fort Worth, TX 76133-1706**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

Debtor 1 Eliaser Perez — Case number (if known)
Debtor 2 Caroline Nicole Lopez
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.29 **Matt & Christine Collins**
Nonpriority Creditor's Name
**4554 Gladiola Ln**
Number Street

**Fort Worth, TX 76123-1833**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

4.30 **Matt and Allison Pool**
Nonpriority Creditor's Name
**1212 Pheasant Run Trl**
Number Street

**Fort Worth, TX 76131-5216**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (if known)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.31 **Mauro and Jaqueline Longoria**
Nonpriority Creditor's Name
**5521 Wharton Dr**
Number Street

**Fort Worth, TX 76133-2610**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.32 **Melody Philips**
Nonpriority Creditor's Name
**3729 Fleetwood Dr**
Number Street

**Fort Worth, TX 76123-2397**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

| Debtor 1 | Eliaser | | Perez | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Caroline | Nicole | Lopez | |
| | First Name | Middle Name | Last Name | |

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.33** **Member Preferred Credi**
Nonpriority Creditor's Name
**340 Blue Mound Road**
Number Street

**Saginaw, TX 76131**
City State ZIP Code

**Last 4 digits of account number** 0 0 1 6 — **$7,733.00**

**When was the debt incurred?** 7/1/2018

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Deficiency balance**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.34** **Member Preferred Credi**
Nonpriority Creditor's Name
**340 Blue Mound Road**
Number Street

**Saginaw, TX 76131**
City State ZIP Code

**Last 4 digits of account number** 0 0 1 7 — **$3,665.00**

**When was the debt incurred?** 8/1/2018

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UnknownLoanType**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 **Eliaser** **Perez** Case number *(if known)* ______

Debtor 2 **Caroline** **Nicole** **Lopez**

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.35 **Member Preferred Credi**
Nonpriority Creditor's Name
**340 Blue Mound Road**
Number Street

**Saginaw, TX 76131**
City State ZIP Code

**Last 4 digits of account number** **0 0 2 0** **$1,954.00**

**When was the debt incurred?** **3/1/2018**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ☑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UnknownLoanType**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.36 **Member Preferred Federal Credit Union**
Nonpriority Creditor's Name
**340 Blue Mound Road**
Number Street

**Fort Worth, TX 76131**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$11,907.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Judgement**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (if known) ____

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.37** **Mike Lofland & Kristi Lofland**
Nonpriority Creditor's Name
**405 Joanna Dr**
Number Street

**Hurst, TX 76053-5023**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**4.38** **National Recovery Agency**
Nonpriority Creditor's Name
**2491 Paxton St**
Number Street

**Harrisburg, PA 17111**
City State ZIP Code

**Last 4 digits of account number** 3 2 7 7 — **$3,000.00**

**When was the debt incurred?** 4/1/2026

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for - Northstar Anesthesia**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)*

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.39 **Ntta**
Nonpriority Creditor's Name
**P O Box 260728**
Number Street

**Plano, TX 75026-0728**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$1,500.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

4.40 **Ntta**
Nonpriority Creditor's Name
**P O Box 260728**
Number Street

**Plano, TX 75026-0728**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$2,500.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)*

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.41** **Preston & Nicole Syks**
Nonpriority Creditor's Name
**1612 Federick Street**
Number Street

**Fort Worth, TX 76107**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential personal liability claim, re: unfinished pre-petition residential remodeling project. Scheduled for notice only. Debtors reserve all defenses. Contract, if any, was with Perez Remodeling FTW, LLC**

**4.42** **Randy and Leah Vahvenkamp**
Nonpriority Creditor's Name
**208 Hidden Valley Dr**
Number Street

**Aledo, TX 76008-4433**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

Debtor 1 Eliaser Perez

Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

Case number (if known) ______

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.43 **Regal Equity Holdings**
Nonpriority Creditor's Name
**1200 Tyra Ln**
Number Street

**Fort Worth, TX 76114-2780**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

4.44 **Ryan and Miranda Tandy**
Nonpriority Creditor's Name
**2816 Ryan Ave**
Number Street

**Fort Worth, TX 76110-3030**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)* ______

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.45** **Ryan Estep & Natalie Alfandre**
Nonpriority Creditor's Name
**1724 Montclair Dr**
Number Street

**Fort Worth, TX 76103-1906**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.46** **Sellers Trial Law**
Nonpriority Creditor's Name
**1612 Summit Ave 200**
Number Street

**Fort Worth, TX 76102**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$0.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorney for - Chelsea Angelocci and Thomas Sellers**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Eliaser Perez — Case number (if known) ______

Debtor 2 Caroline Nicole Lopez

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.47** **Sherwin WIlliams**
Nonpriority Creditor's Name
**101 W Prospect Ave**
Number Street

**Cleveland, OH 44115**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$2,500.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Personal guarantee for Perez Remodeling FTW LLC**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**4.48** **Spencer Stakes and Mariah Fisher**
Nonpriority Creditor's Name
**525 Baylor Dr**
Number Street

**Arlington, TX 76010-4213**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)*

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.49 **Thomas & Jacque Gentry**
Nonpriority Creditor's Name
**9341 Bella Terra Dr**
Number Street
**Fort Worth, TX 76126-1901**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

4.50 **Thomas Franklin Sellers and Chelsea Angelocci**
Nonpriority Creditor's Name
**3812 W 4th Street**
Number Street
**Fort Worth, TX 76107**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **$134,510.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (if known) ____

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.51 **Tony and Madie Geovannelli**
Nonpriority Creditor's Name
**12309 Bella Palazzo Dr**
Number Street
**Fort Worth, TX 76126**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential disputed personal-liability claim re prepetition residential remodeling project with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.52 **Vance & Huffman Llc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**55 Monette Pkwy, Ste 100**
Number Street
**Smithfield, VA 23430**
City State ZIP Code

**Last 4 digits of account number** **3 0 5 6** — **$858.00**

**When was the debt incurred?** **4/1/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for - Speedy Cash**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (if known)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.53 **Westlake Portfolio Management**
Nonpriority Creditor's Name
**Westlake Portfolio Management, Attn: Bankruptcy P.O. Box 76809**
Number Street

**Los Angeles, CA 90054-0809**
City State ZIP Code

**Last 4 digits of account number** 7 3 8 7 — **$21,738.00**

**When was the debt incurred?** 4/1/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Repo deficiency**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.54 **William and Brook Ramirez**
Nonpriority Creditor's Name
**18 Bounty Rd E**
Number Street

**Benbrook, TX 76132-1002**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential personal liability claim, re: unfinished pre-petition residential remodeling project. Scheduled for notice only. Debtors reserve all defenses. Contract, if any, was with Perez Remodeling FTW, LLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $19,661.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $19,661.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $395,648.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $395,648.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Caroline | Nicole | Lopez |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known) ____________________

❑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number Street<br>City State ZIP Code | |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |

Fill in this information to identify your case:

Debtor 1: Eliaser (First Name) (Middle Name) Perez (Last Name)

Debtor 2 (Spouse, if filing): Caroline (First Name) Nicole (Middle Name) Lopez (Last Name)

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): ____________

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ❑ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ❑ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ❑ No
     - ☑ Yes. In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

       **Perez, Eliaser**
       Name of your spouse, former spouse, or legal equivalent

       **5151 Lubbock Ave**
       Number Street

       **Fort Worth, TX 76115**
       City State ZIP Code

     - ☑ Yes. In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

       **Perez, Eliaser**
       Name of your spouse, former spouse, or legal equivalent

       **5151 Lubbock Ave**
       Number Street

       **Fort Worth, TX 76115**
       City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Perez, Rosalina**<br>Name<br>**2928 May Street**<br>Number Street<br>**Fort Worth, TX 76110**<br>City State ZIP Code | ☑ Schedule D, line **2.1, 2.2**<br>❑ Schedule E/F, line ____<br>❑ Schedule G, line ____ |

Debtor 1 **Eliaser** **Perez** Case number *(if known)*

Debtor 2 **Caroline** **Nicole** **Lopez**

First Name Middle Name Last Name

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.2 | Name<br>Number Street<br>City State ZIP Code | ❑ Schedule D, line<br>❑ Schedule E/F, line<br>❑ Schedule G, line |

Fill in this information to identify your case:

Debtor 1: Eliaser (First Name) | Middle Name | Perez (Last Name)

Debtor 2 (Spouse, if filing): First Name | Middle Name | Last Name

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known):

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Owner | Owner |
| **Employer's name** | Perez Remodeling FTW LLC | Perez Remodeling FTW LLC |
| **Employer's address** | 5151 Lubbock Ave (Number Street)<br>Fort Worth, TX 76115 (City State ZIP Code) | 5151 Lubbock Ave (Number Street)<br>Fort Worth, TX 76115 (City State ZIP Code) |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1 Eliaser Perez — Case number (if known)

First Name / Middle Name / Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ➔ | 4. | $0.00 | $0.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: | 5h. + | $0.00 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: | 8h. + | $0.00 | + $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $0.00 + | $0.00 = $0.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: ______ 11. + $0.00

Debtor 1 **Eliaser** **Perez** Case number *(if known)*
First Name Middle Name Last Name

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies — 12. **$0.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

- ❑ No.
- ☑ Yes. Explain: **Mr. Perez intend to begin working for Eliaser's Auto Repair. He has not yet received a paycheck or commission as of the date of the bankruptcy petition. Mrs. Perez is beginning a career in real estate sales, but has yet to earned any income; it is commission only.**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Texas | | |
| Case number (if known) | | | |

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☑ Yes. **Does Debtor 2 live in a separate household?**
     - ☑ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 12 Years | ☐ No. ☑ Yes. |
| Child | 7 Years | ☐ No. ☑ Yes. |
| Child | 6 Years | ☐ No. ☑ Yes. |
| Child | 2 Years | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $2,807.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

Debtor 1 Eliaser Perez — Case number (if known)
First Name Middle Name Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $200.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $150.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $350.00 |
| | 6d. Other. Specify: Internet | 6d. | $75.00 |
| 7. | **Food and housekeeping supplies** | 7. | $800.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $140.00 |
| 10. | **Personal care products and services** | 10. | $40.00 |
| 11. | **Medical and dental expenses** | 11. | $0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $540.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $550.00 |
| | 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 2021 GMC Yukon | 17a. | $1,038.00 |
| | 17b. Car payments for Vehicle 2 2021 Chevrolet Silverado | 17b. | $1,130.00 |
| | 17c. Other. Specify: | 17c. | $0.00 |
| | 17d. Other. Specify: | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1 **Eliaser** **Perez** Case number *(if known)*
First Name Middle Name Last Name

21. **Other.** Specify: ______ 21. + **$0.00**

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | **$8,320.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$8,320.00** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$0.00** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – **$8,320.00** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **($8,320.00)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

Fill in this information to identify your case:

Debtor 1: Eliaser Perez
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known):

❑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $242,600.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $124,620.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $367,220.00 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $347,950.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $19,661.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $395,648.00 |
| **Your total liabilities** | $763,259.00 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $8,320.00 |

Debtor 1 **Eliaser** **Perez**
First Name Middle Name Last Name

Case number *(if known)* ______________

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☑ Yes

7. **What kind of debt do you have?**
- ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
- ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. ______________

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| **From Part 4 on Schedule E/F, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | ______ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | ______ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | ______ |
| 9d. Student loans. (Copy line 6f.) | ______ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | ______ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + ______ |
| 9g. **Total**. Add lines 9a through 9f. | ______ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Caroline | Nicole | Lopez |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known) ____________

❑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Eliaser Perez**
Eliaser Perez, Debtor 1

Date **06/23/2026**
MM/ DD/ YYYY

✗ **/s/ Caroline Nicole Lopez**
Caroline Nicole Lopez, Debtor 2

Date **06/23/2026**
MM/ DD/ YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**
- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | **$15** | **trustee surcharge** |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the*Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | **$571** | **administrative fee** |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | **$78** | **administrative fee** |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | **$78** | **administrative fee** |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms
/bankruptcy_form
s.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy*(Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa
/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts
/Bankruptcy/
BankruptcyResources/ApprovedCredit
AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Caroline | Nicole | Lopez |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known) ________

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| Number Street<br>City State ZIP Code | From<br>To | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From<br>To |
| Number Street<br>City State ZIP Code | From<br>To | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From<br>To |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____________

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 Sources of income (Check all that apply.) | Debtor 1 Gross Income (before deductions and exclusions) | Debtor 2 Sources of income (Check all that apply.) | Debtor 2 Gross Income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **477481 (combined)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **1158936 (combined)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **1302432 (combined)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 Sources of income (Describe below.) | Debtor 1 Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income (Describe below.) | Debtor 2 Gross Income from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | | | | |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____________

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **August REI, LLC** (Creditor's Name)<br>**PO Box 496644** (Number Street)<br>**Garland, TX 75049** (City State ZIP Code) | **06/01/2026**<br>**05/01/2026**<br>**04/01/2026** | **$8,421.00** | **$204,372.00** | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ____ |
| **Ally Financial, Inc** (Creditor's Name)<br>**Attn: Bankruptcy**<br>**PO Box 380901** (Number Street)<br>**Bloomington, IL 55438** (City State ZIP Code) | **6/2026**<br>**5/2026**<br>**4/2026** | **$3,390.00** | **$49,786.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ____ |
| **Ally Financial, Inc** (Creditor's Name)<br>**Attn: Bankruptcy**<br>**PO Box 380901** (Number Street)<br>**Bloomington, IL 55438** (City State ZIP Code) | **6/2026**<br>**5/2026**<br>**4/2026** | **$3,114.00** | **$42,807.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ____ |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Eliaser** | | **Perez** |
| Debtor 2 | **Caroline** | **Nicole** | **Lopez** |

Case number *(if known)* ______________________

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez

First Name Middle Name Last Name

Case number *(if known)*

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Chelsea Angelocci and Thomas Franklin Sellers VS Perez Remodeling FTW, LLC**<br>Case number **2025-0042001** | **Lawsuit-pending prepetition state-court construction/remodeling dispute with fraud, and veil-piercing allegations.** | **In the County Court at Law No 1**<br>Court Name<br>**Old Tarrant County Courthouse**<br>**100 W Weatherford St 490**<br>Number Street<br>**Fort Worth, TX 76196**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Westlake Portfolio MGM**<br>Creditor's Name<br>**4751 Wilshire Blvd 1**<br>Number Street<br><br>**Los Angeles, CA 90010**<br>City State ZIP Code | **2017 Toyota Highlander**<br><br>**Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **December 2025** | **$5,000.00** |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Debtor 1 | Eliaser | | Perez | Case number (*if known*) |
|---|---|---|---|---|
| Debtor 2 | Caroline | Nicole | Lopez | |
| | First Name | Middle Name | Last Name | |

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

❑ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **St Patricks Catholic Church**<br>Charity's Name<br>**1206 Throckmorton St**<br>Number Street<br>**Fort Worth, TX 76102**<br>City State ZIP Code | **Tithes** | **Weekly** | **$100.00** |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____________

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Reaves & Lee, PLLC**<br>Person Who Was Paid<br>**8701 Bedford Euless Rd 510**<br>Number Street<br>**Hurst, TX 76053**<br>City State ZIP Code<br>Email or website address<br>**Eliaser Perez (debtor's father)**<br>Person Who Made the Payment, if Not You | **Attorney's Fee** | **6/23/2026** | **$4,562.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ____________

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you ______ | | | ______ |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ______ | | ______ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution**<br>**Number Street**<br>**City State ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ______ | ______ | ______ |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Eliaser | | Perez | |
| Debtor 2 | Caroline | Nicole | Lopez | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☐ No ☐ Yes |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

Debtor 1 **Eliaser Perez**
Debtor 2 **Caroline Nicole Lopez**
First Name Middle Name Last Name

Case number *(if known)* ______

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br>Number Street<br>City State ZIP Code | Number Street<br>City State ZIP Code | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number (if known) ______

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| | City State ZIP Code | | |
| City State ZIP Code | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title ______ | Court Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Number Street | | |
| Case number | City State ZIP Code | | |

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Perez Remodeling FTW LLC<br>Name | Construction | EIN: 9 3 – 4 1 1 2 2 5 0 |
| | Name of accountant or bookkeeper | Dates business existed |
| 5151 Lubbock Ave<br>Number Street | | From 10/23 To ______ |
| Fort Worth, TX 76115<br>City State ZIP Code | | |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 | Caroline | Nicole | Lopez |

Case number *(if known)* ______

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number Street** | |
| | |
| **City State ZIP Code** | |

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ **/s/ Eliaser Perez**
Signature of Eliaser Perez, Debtor 1

Date **06/23/2026**

✗ **/s/ Caroline Nicole Lopez**
Signature of Caroline Nicole Lopez, Debtor 2

Date **06/23/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Caroline | Nicole | Lopez |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known) ____________

❑ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7 **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial, Inc**<br>Description of property securing debt: **2021 Chevrolet Silverado** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ☑ No<br>❑ Yes |
| Creditor's name: **Ally Financial, Inc**<br>Description of property securing debt: **2021 GMC Yukon** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ☑ No<br>❑ Yes |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Eliaser** | | **Perez** |
| Debtor 2 | **Caroline** | **Nicole** | **Lopez** |

Case number *(if known)* ______________________

## Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **August REI, LLC** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ❑ No<br>☑ Yes |
| Description of property securing debt: | **Homestead consisting of House, lot, and mineral interests (if any) located at: 5151 Lubbock Ave, Fort Worth, TX 76115**<br>**5151 Lubbock Ave Fort Worth, TX 76115** | | |
| Creditor's name: | **Amegy Bank** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☑ No<br>❑ Yes |
| Description of property securing debt: | | | |
| Creditor's name: | **Silverline Trailers** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ☑ No<br>❑ Yes |
| Description of property securing debt: | **2024 Continental Cargo Trailer 7.5 x 24** | | |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Eliaser** | | **Perez** |
| Debtor 2 | **Caroline** | **Nicole** | **Lopez** |

Case number *(if known)* ______________

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✗ ***/s/* Eliaser Perez**
Signature of Debtor 1

Date **06/23/2026**
MM/ DD/ YYYY

✗ ***/s/* Caroline Nicole Lopez**
Signature of Debtor 2

Date **06/23/2026**
MM/ DD/ YYYY

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
Northern District of Texas

**In re** Perez, Eliaser

Lopez, Caroline Nicole

Case No. ____________

**Debtor**

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........ **$4,562.00**

   Prior to the filing of this statement I have received ........ **$4,562.00**

   Balance Due ........ **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor ☑ Other (specify) **Eliaser Perez (debtor's father)**

3. The source of compensation to be paid to me is:

   ☐ Debtor ☑ Other (specify) ____________

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**06/23/2026**
*Date*

**/s/ Christopher Lee**
Christopher Lee
*Signature of Attorney*

Bar Number: 24041319
Reaves & Lee, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053
Phone: (214) 440-1414

**Reaves & Lee, PLLC**
*Name of law firm*

Date: **06/23/2026**

**/s/ Eliaser Perez**
***Eliaser Perez***

**/s/ Caroline Nicole Lopez**
***Caroline Nicole Lopez***

**Fill in this information to identify your case:**

Debtor 1: Eliaser | Perez
First Name | Middle Name | Last Name

Debtor 2 (Spouse, if filing): Caroline | Nicole | Lopez
First Name | Middle Name | Last Name

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).
   - ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.
   - ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**
   - ☐ No. Go to line 3.
   - ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).
     - ☐ No. Go to line 3.
     - ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**
   - ☐ No. Complete Form 122A-1. Do not submit this supplement.
   - ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)
     - ☐ No. Complete Form 122A-1. Do not submit this supplement.
     - ☐ Yes. Check any one of the following categories that applies:
       - ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.
       - ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on ____________, which is fewer than 540 days before I file this bankruptcy case.
       - ☐ **I am performing a homeland defense activity for at least 90 days.**
       - ☐ **I performed a homeland defense activity for at least 90 days,** ending on ____________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Eliaser | | Perez |
| Debtor 2 (Spouse, if filing) | Caroline | Nicole | Lopez |

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known) __________

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | | | |
| Ordinary and necessary operating expenses | - | - | |
| Net monthly income from a business, profession, or farm | | | Copy here → |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | | | |
| Ordinary and necessary operating expenses | - | - | |
| Net monthly income from rental or other real property | | | Copy here → |

7. **Interest, dividends, and royalties**

Debtor 1 Eliaser Perez
Debtor 2 Caroline Nicole Lopez
First Name Middle Name Last Name

Case number *(if known)* ____________

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | ____ | ____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓ | | |
| For you.................... ____ | | |
| For your spouse.................... ____ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | ____ | ____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| ____ | ____ | ____ |
| ____ | ____ | ____ |
| Total amounts from separate pages, if any. | + ____ | + ____ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | ____ | + ____ = ____ **Total current monthly income** |

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.................... **Copy line 11 here →** ____

Multiply by 12 (the number of months in a year). x 12

12b. The result is your annual income for this part of the form. 12b. ____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. ____

Fill in the number of people in your household. ____

Fill in the median family income for your state and size of household.................... 13. ____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

Debtor 1 **Eliaser** **Perez**
Debtor 2 **Caroline** **Nicole** **Lopez**
First Name Middle Name Last Name

Case number *(if known)* ____________

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ **/s/ Eliaser Perez**
Signature of Debtor 1

Date **06/23/2026**
MM/ DD/ YYYY

✗ **/s/ Caroline Nicole Lopez**
Signature of Debtor 2

Date **06/23/2026**
MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Perez, Eliaser**
**Lopez, Caroline Nicole**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **06/23/2026** Signature **/s/ Eliaser Perez**
Eliaser Perez, Debtor

Date **06/23/2026** Signature **/s/ Caroline Nicole Lopez**
Caroline Nicole Lopez, Joint Debtor

Alicia Bell
2600 Ensenada Ln
Fort Worth, TX 76108-4994

Ally Financial, Inc
Attn: Bankruptcy
PO Box 380901
Bloomington, IL 55438

AMA Recovery Group
3131 Eastside St #350
Houston, TX 77098

Amegy Bank
PO Box 3016
Houston, TX 77253

American Airlines FCU
PO Box 619001
Dallas, TX 75261

Attorney General
PO Box 12017
Austin, TX 78711

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

August REI, LLC
PO Box 496644
Garland, TX 75049

Austin Beckenfeld
2 Home Place Ct
Dwg, TX 76016-3913

Ben and Angela Hall
4116 Donnelly Ave
Fort Worth, TX 76107-5502

Bitty Advance
1855 Griffin Rd A-474
Dania, FL 33004

Brian and Kristi Blauser
11 Fairview Ln
Aledo, TX 76008-4571

Capital One/Bass Pro
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Casey & Melissa Campbell
2951 Collard Rd
Arlington, TX 76017

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Doug & Margaret Lynn
3809 Crestwood Terrace
Fort Worth, TX 76107

Doug and Sharon Smith
4912 Highland Meadow Dr
Fort Worth, TX 76132-3812

EBF Holdings, LLC
12496 Nw 25th St
Miami, FL 33182-1505

EZ Insulation LLC
409 N Riverside Dr
Fort Worth, TX 76111-4733

Internal Revenue Service
IRS - SBSE Insolvency Area 10
PO Box Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101

Jennifer Fitzpatrick
6403 Beachview Dr
Arlington, TX 76016-2512

Joe and Rachel Gepfert
201 Turkey Creek Ct
Aledo, TX 76008-5723

John & Lindsey Perish
6725 Savannah Ln
Fort Worth, TX 76132-3729

John Stokes
1428 Lakeshore Dr
Hideaway, TX 75771-5126

Josh and Rachel Ridley
1809 Timberline Dr
Benbrook, TX 76126-2925

JPMCB Card
PO Box 15369
Wilmington, DE 19850

Juan Alvarado
2621 Yucca Ave
Fort Worth, TX 76111-2531

Karen Placencia
2712 W Biddison St
Fort Worth, TX 76109

Kim Wyay
7000 Buenos Aires Dr
North Richland Hills, TX 76180-6572

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Fwy., Suite 1000
Dallas, TX 75207

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Freeway 1000
Dallas, TX 75207

Lucas and Lacey Haley
2023 Glenco Ter
Fort Worth, TX 76110-1705

Luis and Andrea Lerma
400 Trinity View Rd
Weatherford, TX 76087-5114

Mariah Dempsey
5100 Cockrell Ave
Fort Worth, TX 76133-1706

Matt & Christine Collins
4554 Gladiola Ln
Fort Worth, TX 76123-1833

Matt and Allison Pool
1212 Pheasant Run Trl
Fort Worth, TX 76131-5216

Mauro and Jaqueline Longoria
5521 Wharton Dr
Fort Worth, TX 76133-2610

Melody Philips
3729 Fleetwood Dr
Fort Worth, TX 76123-2397

Member Preferred Credi
340 Blue Mound Road
Saginaw, TX 76131

Member Preferred Federal Credit Union
340 Blue Mound Road
Fort Worth, TX 76131

Mike Lofland & Kristi Lofland
405 Joanna Dr
Hurst, TX 76053-5023

National Recovery Agency
2491 Paxton St
Harrisburg, PA 17111

Ntta
P O Box 260728
Plano, TX 75026-0728

Rosalina Perez
2928 May Street
Fort Worth, TX 76110

Preston & Nicole Syks
1612 Federick Street
Fort Worth, TX 76107

Randy and Leah Vahvenkamp
208 Hidden Valley Dr
Aledo, TX 76008-4433

Regal Equity Holdings
1200 Tyra Ln
Fort Worth, TX 76114-2780

Ryan and Miranda Tandy
2816 Ryan Ave
Fort Worth, TX 76110-3030

Ryan Estep & Natalie Alfandre
1724 Montclair Dr
Fort Worth, TX 76103-1906

Sellers Trial Law
1612 Summit Ave 200
Fort Worth, TX 76102

Sherwin WIlliams
101 W Prospect Ave
Cleveland, OH 44115

Silverline Trailers
906 N. McLennan Drive
Elm Mott, TX 76640

Spencer Stakes and Mariah Fisher
525 Baylor Dr
Arlington, TX 76010-4213

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Texas Alcohol Beverage Commission
Licenses & Permits Divsion
PO Box 13127
Austin, TX 78711

Texas Alcohol Beverage Commission
Licenses & Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Alcohol Beverage Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th St.
Austin, TX 78778

Thomas & Jacque Gentry
9341 Bella Terra Dr
Fort Worth, TX 76126-1901

Thomas Franklin Sellers and Chelsea Angelocci
3812 W 4th Street
Fort Worth, TX 76107

Tony and Madie Geovannelli
12309 Bella Palazzo Dr
Fort Worth, TX 76126

United States Attorney - North
1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242

Vance & Huffman Llc
Attn: Bankruptcy
55 Monette Pkwy, Ste 100
Smithfield, VA 23430

Westlake Portfolio Management
Westlake Portfolio Management, Attn:
Bankruptcy P.O. Box 76809
Los Angeles, CA 90054-0809

William and Brook Ramirez
18 Bounty Rd E
Benbrook, TX 76132-1002