CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 16, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: ELIASER PEREZ AND CAROLINE NICOLE LOPEZ *DEBTORS.* | CASE NO. 26-42732-ELM7 CHAPTER 7 |

## ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

On July 15, 2026, the Court considered Plaintiffs' Motion for Relief from Automatic Stay, filed pursuant to 11 U.S.C. § 362(d), and the Court, having considered the motion, evidence, and arguments of counsel, is of the opinion that the motion should be granted as set forth herein:

IT IS THEREFORE ORDERED that relief from the automatic stay is granted solely to permit the parties and the County Court at Law No. 1 of Tarrant County, Texas, in Cause No. 2025-0004200-1, to prosecute, respond to, hear, and dispose of pending post-verdict motions relating to the jury verdict returned before the petition date, including any motion for entry of judgment, motion for judgment notwithstanding the verdict, motion for new trial, objections to the proposed judgment, and related post-verdict motions, and to permit the state court to enter a judgment based on its disposition of those motions.

IT IS FURTHER ORDERED that relief is granted to permit the parties to pursue appellate proceedings arising from any judgment or post-verdict order entered in the state-court action.

IT IS FURTHER ORDERED that relief is not granted to permit any new trial, retrial, or further trial-court merits litigation on the claims themselves. If the state court grants a new

trial or determines that further trial-court merits proceedings are necessary, the automatic stay remains in effect as to such proceedings unless and until further order of this Court.

IT IS FURTHER ORDERED that Movants may not collect, enforce, execute on, abstract, garnish, levy, record or perfect any judgment lien, pursue turnover relief, or otherwise attempt to collect any judgment against the Debtors or property of the estate without further order of this Court after separate motion, notice, and opportunity for objection.

IT IS FURTHER ORDERED that Nothing in this Order determines the dischargeability of any debt or the allowance or treatment of any claim in this bankruptcy case. The parties reserve all rights, claims, defenses, objections, appellate rights, and arguments concerning dischargeability and the preclusive effect, if any, of any state-court verdict, order, judgment, finding, or conclusion.

IT IS FURTHER ORDERED that the stay relief granted by this Order is effective immediately, and the 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(4) is waived.

###End of Order###

AGREED AS TO FORM:

/s/ Frank Sellers
Frank Sellers
SELLERS LAW FIRM, PC
1612 Summit Ave., Suite 200
Fort Worth, Texas 76102
Phone 817-928-4222

Counsel for Movants

/s/Jon M. Reaves w/permission
Jon M. Reaves
REAVES & LEE, PLLC
8701 Bedford Euless Road
Suite 510
Hurst, Texas 76053
Phone 469-646-8995

Counsel for Debtors