United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42732-elm
Eliaser Perez Chapter 7
Caroline Nicole Lopez
Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin 
Date Rcvd: Sep 24, 2026 Form ID: 318 Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eliaser Perez, Caroline Nicole Lopez, 5151 Lubbock Ave, Fort Worth, TX 76115-3720 |
| cr | + | Chelsea Angelocci, Sellers Law Firm, 1612 Summit Avenue, Suite 200, Fort Worth, TX 76102-5916 |
| cr | + | Thomas Franklin Sellers, Sellers Law Firm, 1612 Summit Avenue, Suite 200, Fort Worth, TX 76102-5916 |
| 23402723 | + | AMA Recovery Group, 3131 Eastside St #350, Houston, TX 77098-1947 |
| 23402721 | | Alicia Bell, 2600 Ensenada Ln, Fort Worth, TX 76108-4994 |
| 23402724 | + | Amegy Bank, PO Box 3016, Houston, TX 77253-3016 |
| 23402728 | + | August REI, LLC, PO Box 496644, Garland, TX 75049-6644 |
| 23402729 | | Austin Beckenfeld, 2 Home Place Ct, Dwg, TX 76016-3913 |
| 23402730 | | Ben and Angela Hall, 4116 Donnelly Ave, Fort Worth, TX 76107-5502 |
| 23402732 | | Brian and Kristi Blauser, 11 Fairview Ln, Aledo, TX 76008-4571 |
| 23402734 | + | Casey & Melissa Campbell, 2951 Collard Rd, Arlington, TX 76017-3545 |
| 23402736 | + | Doug & Margaret Lynn, 3809 Crestwood Terrace, Fort Worth, TX 76107-1139 |
| 23402737 | | Doug and Sharon Smith, 4912 Highland Meadow Dr, Fort Worth, TX 76132-3812 |
| 23402739 | | EZ Insulation LLC, 409 N Riverside Dr, Fort Worth, TX 76111-4733 |
| 23402746 | | Jennifer Fitzpatrick, 6403 Beachview Dr, Arlington, TX 76016-2512 |
| 23402747 | | Joe and Rachel Gepfert, 201 Turkey Creek Ct, Aledo, TX 76008-5723 |
| 23402748 | | John & Lindsey Perish, 6725 Savannah Ln, Fort Worth, TX 76132-3729 |
| 23402749 | | John Stokes, 1428 Lakeshore Dr, Hideaway, TX 75771-5126 |
| 23402750 | | Josh and Rachel Ridley, 1809 Timberline Dr, Benbrook, TX 76126-2925 |
| 23402752 | | Juan Alvarado, 2621 Yucca Ave, Fort Worth, TX 76111-2531 |
| 23402753 | + | Karen Placencia, 2712 W Biddison St, Fort Worth, TX 76109-3035 |
| 23402754 | | Kim Wyay, 7000 Buenos Aires Dr, North Richland Hills, TX 76180-6572 |
| 23402759 | | Lucas and Lacey Haley, 2023 Glenco Ter, Fort Worth, TX 76110-1705 |
| 23402760 | | Luis and Andrea Lerma, 400 Trinity View Rd, Weatherford, TX 76087-5114 |
| 23402762 | | Matt & Christine Collins, 4554 Gladiola Ln, Fort Worth, TX 76123-1833 |
| 23402763 | | Matt and Allison Pool, 1212 Pheasant Run Trl, Fort Worth, TX 76131-5216 |
| 23402764 | | Mauro and Jaqueline Longoria, 5521 Wharton Dr, Fort Worth, TX 76133-2610 |
| 23402765 | | Melody Philips, 3729 Fleetwood Dr, Fort Worth, TX 76123-2397 |
| 23402766 | + | Member Preferred Credi, 340 Blue Mound Road, Saginaw, TX 76131-1051 |
| 23402767 | + | Member Preferred Federal Credit Union, 340 Blue Mound Road, Fort Worth, TX 76131-1051 |
| 23445391 | + | Member Preferred Federal Credit Union, 340 Blue Mound Road, Ste. 342, Saginaw, TX 76131-1051 |
| 23402768 | | Mike Lofland & Kristi Lofland, 405 Joanna Dr, Hurst, TX 76053-5023 |
| 23402771 | + | Preston & Nicole Syks, 1612 Federick Street, Fort Worth, TX 76107-3914 |
| 23402772 | | Randy and Leah Vahvenkamp, 208 Hidden Valley Dr, Aledo, TX 76008-4433 |
| 23402773 | | Regal Equity Holdings, 1200 Tyra Ln, Fort Worth, TX 76114-2780 |
| 23402774 | + | Rosalina Perez, 2928 May Street, Fort Worth, TX 76110-6511 |
| 23402776 | | Ryan Estep & Natalie Alfandre, 1724 Montclair Dr, Fort Worth, TX 76103-1906 |
| 23402775 | | Ryan and Miranda Tandy, 2816 Ryan Ave, Fort Worth, TX 76110-3030 |
| 23402777 | + | Sellers Trial Law, 1612 Summit Ave 200, Fort Worth, TX 76102-5916 |
| 23402779 | + | Silverline Trailers, 906 N. McLennan Drive, Elm Mott, TX 76640-3856 |

| | | |
|---|---|---|
| 23402780 | | Spencer Stakes and Mariah Fisher, 525 Baylor Dr, Arlington, TX 76010-4213 |
| 23402790 | + | Thomas Franklin Sellers and Chelsea Angelocci, 3812 W 4th Street, Fort Worth, TX 76107-2014 |
| 23402791 | + | Tony and Madie Geovannelli, 12309 Bella Palazzo Dr, Fort Worth, TX 76126-2129 |
| 23402797 | | Westlake Portfolio Management, Westlake Portfolio Management, Attn: Ban, Los Angeles, CA 90054-0809 |
| 23402798 | | William and Brook Ramirez, 18 Bounty Rd E, Benbrook, TX 76132-1002 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 25 2026 03:49:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23402725 | | Email/Text: bankruptcy@aacreditunion.org | Sep 24 2026 22:46:00 | American Airlines FCU, PO Box 619001, Dallas, TX 75261 |
| 23428152 | | EDI: ATLASACQU | Sep 25 2026 03:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 23406311 | + | EDI: AISACG.COM | Sep 25 2026 03:49:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23402722 | + | EDI: GMACFS.COM | Sep 25 2026 03:49:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 23402726 | + | Email/Text: CSD-BankSO@oag.texas.gov | Sep 24 2026 22:47:00 | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23402727 | + | Email/Text: Bank4@oag.texas.gov | Sep 24 2026 22:47:00 | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23402731 | + | Email/Text: jorleidy@bittyadvance.com | Sep 24 2026 22:47:00 | Bitty Advance, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 23402733 | + | EDI: CAPITALONE.COM | Sep 25 2026 03:49:00 | Capital One/Bass Pro, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23402735 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2026 22:48:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23402738 | | Email/Text: Inhousebk@whetstoneholdings.com | Sep 24 2026 22:48:00 | EBF Holdings, LLC, 12496 Nw 25th St, Miami, FL 33182-1505 |
| 23402742 | + | EDI: IRS.COM | Sep 25 2026 03:49:00 | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23402744 | ^ | MEBN | Sep 24 2026 22:49:09 | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23402751 | + | EDI: JPMORGANCHASE | Sep 25 2026 03:49:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 23402756 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 24 2026 22:48:00 | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23402755 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 24 2026 22:48:00 | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23402757 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 24 2026 22:48:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23402758 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 24 2026 22:48:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23402769 | + | Email/Text: Bankruptcies@nragroup.com | Sep 24 2026 22:48:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |

| | | | | |
|---|---|---|---|---|
| 23402770 | | EDI: NTXTOLWAY | Sep 25 2026 03:49:00 | Ntta, P O Box 260728, Plano, TX 75026-0728 |
| 23402781 | | Email/Text: pacer@cpa.state.tx.us | Sep 24 2026 22:48:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23402782 | | Email/Text: pacer@cpa.state.tx.us | Sep 24 2026 22:48:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23402786 | | Email/Text: pacer@cpa.state.tx.us | Sep 24 2026 22:48:00 | Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23402778 | | Email/Text: sw.bankruptcy@sherwin.com | Sep 24 2026 22:46:00 | Sherwin WIlliams, 101 W Prospect Ave, Cleveland, OH 44115 |
| 23402783 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Sep 24 2026 22:48:00 | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23402784 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Sep 24 2026 22:48:00 | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23402787 | + | Email/Text: collections.pacer@twc.texas.gov | Sep 24 2026 22:48:00 | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23402792 | + | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Sep 24 2026 22:48:00 | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23402793 | ^ | MEBN | Sep 24 2026 22:44:42 | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23402795 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 24 2026 22:47:00 | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23402794 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 24 2026 22:47:00 | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 23402796 | + | Email/Text: disputes@vhllc.com | Sep 24 2026 22:48:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Member Preferred Federal Credit Union, 340 Blue Mound Road, Ste. 342, Saginaw, TX 76131-1051 |
| 23406312 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23402743 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23402745 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23402741 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23402740 | * | Internal Revenue Service, IRS - SBSE Insolvency Area 10, PO Box Box 7346, Philadelphia, PA 19101-7346 |
| 23402785 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23402788 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23402761 | ## | Mariah Dempsey, 5100 Cockrell Ave, Fort Worth, TX 76133-1706 |
| 23402789 | ## | Thomas & Jacque Gentry, 9341 Bella Terra Dr, Fort Worth, TX 76126-1901 |

TOTAL: 0 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Marvin Lee | on behalf of Debtor Eliaser Perez ecf@reaveslee.com ecf@reaveslee.com;ecf@leebankruptcy.com;clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net |
| Christopher Marvin Lee | on behalf of Joint Debtor Caroline Nicole Lopez ecf@reaveslee.com ecf@reaveslee.com;ecf@leebankruptcy.com;clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net |
| Clayton Everett | on behalf of Plaintiff Melody D. Phillips clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Gail Elizabeth Stock | on behalf of Creditor Member Preferred Federal Credit Union gstock@jdlawtx.com |
| Jon Mark Reaves | on behalf of Debtor Eliaser Perez jreaves@reaveslee.com |
| Jon Mark Reaves | on behalf of Joint Debtor Caroline Nicole Lopez jreaves@reaveslee.com |
| Roddrick Newhouse | rn7trustee@gmail.com rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| Thomas Sellers | on behalf of Creditor Thomas Franklin Sellers frank@sellerstriallaw.com |
| Thomas Sellers | on behalf of Plaintiff Thomas Franklin Sellers frank@sellerstriallaw.com |
| Thomas Sellers | on behalf of Plaintiff Chelsea Angelocci frank@sellerstriallaw.com |
| Thomas Sellers | on behalf of Creditor Chelsea Angelocci frank@sellerstriallaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 12

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Eliaser Perez<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6765 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Caroline Nicole Lopez<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5722 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42732–elm7 | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eliaser Perez
aka Eli Perez

Caroline Nicole Lopez

9/23/26

**By the court:** Edward L. Morris
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**